# Court of Appeals
# of the State of Georgia

ATLANTA,___July 23, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1679. ALICIA CARDWELL-BROWN v. NATIONAL ERA SERVICING LLC.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Alicia Cardwell-Brown appealed to the superior court, which dismissed Cardwell-Brown's appeal for failure to pay rent due into the registry of the court. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Cardwell-Brown was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____07/23/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*